MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

v.   DeJerry Powell

Powell

Flint Police Department

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case: 2:26-cv-11461
Assigned To : White, Robert J.
Referral Judge: Altman, Kimberly G.
Assign. Date : 5/1/2026
CMP Powell v. Flint Police Department (tt)

Jury Trial:      ☐ Yes   ☐ No
*(check one)*

**Complaint for a Civil Case**

POOR QUALITY ORIGINAL

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                     *DeJerry Powell*

Street Address           *221 w. Rankin st*

City and County          *Flint, MI  48505*

State and Zip Code

Telephone Number

E-mail Address

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                     *Flint City Police Department*

Job or Title             *911*
(if known)

Street Address           *510 court st*

City and County          *Flint mi 48505*

State and Zip Code

Telephone Number

E-mail Address
(if known)

Defendant No. 2

Name                     *Genesee County Sheiff Department*

Job or Title             *Jail*
(if known)

Street Address           *1003 So Saginaw st*

City and County

State and Zip Code       *Flint  MI  48505*

Telephone Number

E-mail Address
(if known)

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

Name _1 Hurly Medical Center_

Job or Title _Hospital_
(if known)

Street Address _Grad Plaze_

City and County _Flint   MI   48502_

State and Zip Code

Telephone Number _810 262 - 9000_

E-mail Address
(if known)

Defendant No. 4

Name _North saginaw Urgent_

Job or Title _Care_
(if known)

Street Address _4250   saginaw_

City and County _Flint   48505_

State and Zip Code

Telephone Number _810) 785 -1121_

E-mail Address
(if known)

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

Torts    360
         362
         Code
         446
         Civil

3

Hamilton Clinic
2900 Saginaw st
Flint 48505

Chase Bank
Flint, MI 48502

North Saginaw st
4250
Flint, 48505

Hon Shaling

4:26 - CV - 10359

WK Kellog Eye Center
1000 wall st   Ann Arbor
MI 48109

Michigan Department correction
206 E Michigan 48933

David Leyton
900 s. saginaw st
Flint, MI 48502

Lasership

1161 James P. Cole Blvd

Flint , MI 48503

703 - 348 - 8441

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

895   Action Filed under the Freedom of information act 5:552.

899   Action File under the Administrative Procedures act, 5 u.s.c.

370   701 or Civil action to review or a Federal
——
Code

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual
The plaintiff, *(name)* _____,
is a citizen of the State of *(name)* _____.

b.      If the plaintiff is a corporation
The plaintiff, *(name)* _____,
is incorporated under the laws of the State of *(name)*
_____, and has its principal place of business in the
State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the
State of *(name)* _____. *Or* is a citizen of *(foreign
nation)* _____.

b.      If the defendant is a corporation
The defendant, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____, and
has its principal place of business in the State of *(name)*
_____. *Or* is incorporated under the laws of
*(foreign nation)* _____, and has its principal place
of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

5000 1.5

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Reciveing Discrimnation Right voilated defunded From

Employment Retaition useing Hedth to distory chracter

I incloding Health unequal service mistreat

or not treat at all abuse or a form of act

deny all my servies. – Goodwill mental Hedth

unable to move Forward Abuse Harssment set up

Health Right voilated HAPP

Civil litigation 42.US.C-1983
1983

Doctor victm

A power cort Control issuess From Different Department.

int
entiy ✓

5

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Mental Health

Health Care

I am victim Regrinding these

I! have to many injury that not being Docmument and control place that involving video Foot and place thats being oprated by goverment plays Facitys that out of my control

18-42868 FC

2011-000028433 FC

18TC0323-Fy

18C00364-om

51827-DS

86071875-DL

11-28433-FC

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _DeTerry Powell_ , 20 _26_ .

Signature of Plaintiff        _DeTerry Powell_

Printed Name of Plaintiff    _DeTerry Powell_

6

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case          MTA Flint

**Additional Information:**

Aware I'm a victim

A person with a Disability

Abuse From DHS worker - caseworker

Power control issuess

Mistreat to hurt

Right violated

Discrimation

I Amedment is being took away Regrading issuess
that I try to pursurs

Retizaltion that Chronic

Frist
Amendment is being took away and reciving Destuction

From High Authority Reading Filing Complaint
that have to Followl up with in oder to move

Forward.

Michigan Department of Correccion I need preection
Regrading MDOC                    7



...zynka
...orney

312 S. Jackson Street
Jackson, MI 49201
(517) 788-4283 · Fax (517) 780-4714
www.co.jackson.mi.us/prosecutor

# OFFICE OF THE PROSECUTING ATTORNEY

March 30th 2022

Dejerry Powell
Parnall Correctional Facility
1780 E Parnall Rd
Jackson MI 49201

RE:  People vs. Calvin Chase
Charge: Assault with Intent to do great bodily harm/less than murder

Dear: Mr. Powell,

As the victim in the above matter, we are notifying you of your right to submit a letter to the Court after any conviction and prior to sentencing of the defendant(s).

Incarcerated individuals are not eligible to exercise the rights established under the Victim Rights Act except for the submission of a letter to the Court for consideration at sentencing.

Thank you for your cooperation in this matter.

Sincerely,

# 21003235
Kelsey guernsey
Mc Cain

STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



P.O. BOX 30217
LANSING, MICHIGAN 48909

**DANA NESSEL**
ATTORNEY GENERAL

January 12, 2023

DeJerry Powell #722547
Gus Harrison Correctional
2727 E. Beecher Stret
Adrian, MI 49221

Dear Mr. Powell:

Your letter to Attorney General Nessel, seeking legal assistance with your continued complaint regarding mental health, has been referred to me for reply.

The Attorney General is responsible for providing legal advice to various state departments and officials. The law does not permit the Attorney General, or her staff, to act as an attorney to private individuals.

If you cannot afford an attorney to assist in your appeal, you may wish to contact the State Appellate Defender's office. The address and phone number are:

State Appellate Defender
340 Business and Trade Center
200 Washington Square North
Lansing, MI  48913
(517) 334-6069

I hope you find this information helpful.

Sincerely,

*/s/Lisa Geminick*
Lisa Geminick
Division Chief
Corrections Division

MICHAEL V. GOETZ
*GRIEVANCE ADMINISTRATOR*

KIMBERLY L. UHURU
*DEPUTY ADMINISTRATOR*

CYNTHIA C. BULLINGTON
*ASSISTANT DEPUTY ADMINISTRATOR*

SARAH C. LINDSEY
*GENERAL COUNSEL*

*ASSOCIATE COUNSEL*

EMILY A. DOWNEY
MICHAEL K. MAZUR
KENNETH E. FRAZEE
PAMELA I. LINVILLE
CORA L. MORGAN
GRAHAM G. LEACH
MARY A. BOWEN
AUSTIN D. BLESSING-NELSON
CAITLIN O. FLEMING
KRISTIN E. FERNANDEZ

STATE OF MICHIGAN

# ATTORNEY GRIEVANCE COMMISSION

PNC CENTER
755 W. BIG BEAVER RD., SUITE 2100
TROY, MICHIGAN 48084
TELEPHONE (313) 961-6585
WWW.AGCMI.ORG

February 26, 2026

**PERSONAL AND CONFIDENTIAL**

DeJerry Powell
221 W. Rankin St.
Flint, MI 48505

RE:     **DeJerry Powell as to David S. Leyton**
        **AGC File No. 26-0363**

Dear DeJerry Powell:

This office received your Request for Investigation, however, the allegations in your complaint are insufficient to warrant review by the Commission. Accordingly, after careful review by the staff, this matter is being closed under the authority of the Grievance Administrator pursuant to Michigan Court Rule 9.112 (C)(1) (a).

Your Request for Investigation has been thoroughly reviewed. The facts as you have stated in your Request for Investigation do not constitute professional misconduct. We regret that we can be of no further assistance to you.

David S Leyton has been provided with a copy of your Request for Investigation. If my staff or I can be of service to you in the future, please do not hesitate to contact us again.

Very truly yours,

*Cynthia C. Bullington/meg*

Cynthia C. Bullington
Assistant Deputy Administrator

CCB/meg
cc:  David S Leyton (w/enclosure)

State of Michigan

**Attorney Grievance Commission**

755 W. Big Beaver Rd. - Suite 2100
Troy, MI 48084
www.agcmi.org

**Request for Investigation Form**

Instructions:

A request for investigation of an attorney must describe the alleged misconduct (including time and place), be signed by the complainant, and be filed with the Grievance Administrator. Please fill out this entire form, specifically setting forth all the facts and circumstances of the alleged misconduct. You may attach copies of supporting documents to this form. Please provide an **additional** copy of this form and all attachments upon submission.

Only one attorney may be listed in this form. If you have a complaint against more than one attorney, you must file a separate form for each attorney.

(Please Type or Print):

Attorney Information:

Full Name and P Number: David Leyton

Address (number and street): 900 s Saginaw St

City: Flint    State: MI    Zip Code: ~~48505~~ 48502

Telephone: 810 257

Complainant Information:

Mr.◯  Ms.◯  Dr.◯  Hon.◯

Your Name: DeJerry, Powell

Address (number and street): 221 w Rankin St

City: Flint    State: MI    Zip Code: 48505

Telephone (Home): 810 288-1524  (Cell):_____  (Work):_____

E-mail: dejerrypowellpowell@gmail.com

Date:_____    Your Signature:_____

Relationship to attorney complained of:

Client ☐ Opposing party ☑ Opposing counsel ☐ Judge ☐ Employer/Supervisor ☐ Other ☐

If other was checked, please specify: _____

Date Attorney was hired/retained: _____

Type of Case Involved (eg: criminal, divorce, civil):

attempt murder mpoc

Case Number/Court where filed:

Statement of alleged misconduct: (You must make a statement of facts. You may attach as many additional pages as necessary to fully set forth all the relevant facts and circumstances surrounding your request for investigation.)

Jackson County Prosecuting Attorney office Jerry Jarzynka

312 S. Jackson st 3Floor

Jackson, MI 49201

gang affiliated

Victim From Being attack 214481# Joseph Robert Jone

some under the oath or retired or stop working withdrawing From career

Also it's defent Attoreny that's are involved - Genesee County Sheriff Department involve

KATHLEEN HICKEY
*CHAIRPERSON*

KENDRAH B. ROBINSON
*VICE-CHAIRPERSON*

ALEXANDER PAHANY
*SECRETARY*

*MEMBERS*
KATHRYN R. SWEDLOW
JAMES MORITZ
ANJALI PRASAD
HOLLY JESCHKE
JOSEPH P. MCGILL
DEBRA KUBITSKEY

MICHAEL V. GOETZ
*GRIEVANCE ADMINISTRATOR*

KIMBERLY L. UHURU
*DEPUTY ADMINISTRATOR*

CYNTHIA C. BULLINGTON
*ASSISTANT DEPUTY ADMINISTRATOR*

SARAH C. LINDSEY
*GENERAL COUNSEL*

*ASSOCIATE COUNSEL*
EMILY A. DOWNEY
MICHAEL K. MAZUR
KENNETH E. FRAZEE
PAMELA I. LINVILLE
CORA L. MORGAN
GRAHAM G. LEACH
MARY A. BOWEN
AUSTIN D. BLESSING-NELSON
CAITLIN O. FLEMING
KRISTIN E. FERNANDEZ

STATE OF MICHIGAN

# ATTORNEY GRIEVANCE COMMISSION

PNC CENTER
755 W. BIG BEAVER RD, SUITE 2100
TROY, MI 48084
TELEPHONE (313) 961-6585
WWW.AGCMI.ORG

March 17, 2026

**PERSONAL AND CONFIDENTIAL**
DeJerry Powell
221 W. Rankin St.
Flint, MI 48505

**RE:    DeJerry Powell as to Volha Yermalenka**
        **Correspondence Received 2/05/2026**
        **AGC File No. 26-0406**

Dear Mr. Powell:

We received the enclosed Request for Investigation. Your statement of facts is difficult to read. If we cannot read the complaint, we will not be able to proceed. Please type or print legibly your allegations of misconduct on the enclosed Request for Investigation form and return it to our office.

You must complete a separate form for each attorney describing what actions by that attorney you believe constitute misconduct. We have enclosed a set of Request for Investigation forms.

You must describe all the facts and circumstances of the alleged misconduct, specific as to each attorney. The statement should include the facts, dates and incidents of misconduct in chronological order, with a statement detailing what actions by that attorney you believe constitute misconduct. Please provide any relevant documents supporting your statement of misconduct.

Your original correspondence is enclosed. No further action will be taken until you resubmit the Request for Investigation with the requested information.

Any future communications concerning this matter should include a reference to the above file number.

Finally, please be advised that complaints as to Michigan judges must be directed to the Judicial Tenure Commission located at 3034 W. Grand Blvd, Ste 8-450, Detroit, Michigan 48202.

Very truly yours,

*Cynthia C. Bullington/hkc*

Cynthia C. Bullington
Assistant Deputy Administrator

CCB/hkc
Enclosure

State of Michigan

## Attorney Grievance Commission

755 W. Big Beaver Rd. - Suite 2100
Troy, MI 48084
www.agcmi.org

### Request for Investigation Form

Instructions:

A request for investigation of an attorney must describe the alleged misconduct (including time and place), be signed by the complainant, and be filed with the Grievance Administrator. Please fill out this entire form, specifically setting forth all the facts and circumstances of the alleged misconduct.  You may attach copies of supporting documents to this form. Please provide an  **additional** copy of this form and all attachments upon submission.

Only one attorney may be listed in this form.  If you have a complaint against more than one attorney, you must file a separate form for each attorney.

(Please Type or Print):

Attorney Information:

Full Name and P Number: Attorney Volha Yermalenka

Address (number and street): 302 N Huron St MI

City: Ypsilanti          State: MI          Zip Code: 48197

Telephone: 734 487-4970

Complainant Information:

Mr. ◯     Ms. ◯     Dr. ◯     Hon. ◯

Your Name: DeJerry Powell

Address (number and street): 221 W Rankin

City: Flint          State: MI          Zip Code: 48505

Telephone (Home): 810 288-1524   (Cell): _____   (Work): _____

E-mail: dejerrypfpowellpowell@gmail.com

Date: 2-1-26          Your Signature: Dejeay Powell

Relationship to attorney complained of:

Client ☐ Opposing party ☐ Opposing counsel ☐ Judge ☑ Employer/Supervisor ☐ Other ☐

If other was checked, please specify: _____     Date Attorney was hired/retained: _____

Type of Case Involved (eg: criminal, divorce, civil):

_____ 19T668-FY _____

Case Number/Court where filed:

_____

Statement of alleged misconduct: (You must make a statement of facts. You may attach as many additional pages as necessary to fully set forth all the relevant facts and circumstances surrounding your request for investigation.)

Right was Volatated Racist Discrimation

did want to go aginst mdoc Do to Case

that had some-time to do with the Sherr Department

Attorney
Andrea Ham
Michigan worker
Cop
in more to Video Footage

Nicholas R Robinson
Judge Vikki Bayeh
Judge David Newblatt   Flint

Attorney kevin Rush
Flint MI

state of MI Bar
matthew Norwood
Flint

Attorney Paul Scott Grand Blanc MI
—Judge

Retaliation to my Health

Attorney Dawn M Weier Flint MI

Federal complaints Fild in
US District court.

Ashley Hanson-Grimes Adrian MI

Alexandra Nossar Flint MI

Also thing with the attorney
Genral office Civil Right office
AG OCR EEOC ssc WCDC
Michigh Super Court Justice Elizabeth
M. welch Complaint with her
Stephanie Guthrie

Judge Archie Hayman

Attorney Archie hayman

Attorney Sarah Coesters

Prosecutor Sara Kennedy Cinder
munley munley

Attorney John a Tosto Plc   **Clear Form**
Attorney Dawn Tucker-Davis  734)555 5955
Judge Bell Flint

State of Michigan

**Attorney Grievance Commission**

755 W. Big Beaver Rd. - Suite 2100
Troy, MI 48084
www.agcmi.org

### Request for Investigation Form

Instructions:

A request for investigation of an attorney must describe the alleged misconduct (including time and place), be signed by the complainant, and be filed with the Grievance Administrator. Please fill out this entire form, specifically setting forth all the facts and circumstances of the alleged misconduct. You may attach copies of supporting documents to this form. Please provide an **additional** copy of this form and all attachments upon submission.

Only one attorney may be listed in this form. If you have a complaint against more than one attorney, you must file a separate form for each attorney.

(Please Type or Print):

Attorney Information:

Full Name and P Number:_____

Address (number and street):_____

City:_____ State: _____   Zip Code:_____

Telephone: _____

Complainant Information:

Mr.◯      Ms.◯      Dr.◯      Hon.◯

Your Name:_____

Address (number and street):_____

City:_____ State: _____   Zip Code:_____

Telephone (Home):_____   (Cell):_____   (Work):_____

E-mail: _____

Date: _____      Your Signature:_____

Clear Form

Relationship to attorney complained of:

Client ☐ Opposing party ☐ Opposing counsel ☐ Judge ☐ Employer/Supervisor ☐ Other ☐

If other was checked, please specify:                    Date Attorney was hired/retained:

_____                              _____

Type of Case Involved (eg: criminal, divorce, civil):

_____

Case Number/Court where filed:

_____

Statement of alleged misconduct: (You must make a statement of facts. You may attach as many additional pages as necessary to fully set forth all the relevant facts and circumstances surrounding your request for investigation.)

MICHAEL V. GOETZ
*GRIEVANCE ADMINISTRATOR*

KIMBERLY L. UHURU
*DEPUTY ADMINISTRATOR*

CYNTHIA C. BULLINGTON
*ASSISTANT DEPUTY ADMINISTRATOR*

SARAH C. LINDSEY
*GENERAL COUNSEL*

STATE OF MICHIGAN

ATTORNEY GRIEVANCE COMMISSION

*ASSOCIATE COUNSEL*

EMILY A. DOWNEY
MICHAEL K. MAZUR
KENNETH E. FRAZEE
PAMELA I. LINVILLE
CORA L. MORGAN
GRAHAM G. LEACH
MARY A. BOWEN
AUSTIN D. BLESSING-NELSON
CAITLIN O. FLEMING
KRISTIN E. FERNANDEZ

PNC CENTER
755 W. BIG BEAVER RD., SUITE 2100
TROY, MICHIGAN 48084
TELEPHONE (313) 961-6585
WWW.AGCMI.ORG

February 26, 2026

**PERSONAL AND CONFIDENTIAL**

DeJerry Powell
221 W. Rankin St.
Flint, MI 48505

RE: **DeJerry Powell as to Jodi Lyn Hemingway**
**AGC File No. 26-0362**

Dear DeJerry Powell:

This office received your Request for Investigation, however, the allegations in your complaint are insufficient to warrant review by the Commission. Accordingly, after careful review by the staff, this matter is being closed under the authority of the Grievance Administrator pursuant to Michigan Court Rule 9.112 (C)(1) (a).

Your Request for Investigation has been thoroughly reviewed. The facts as you have stated in your Request for Investigation do not constitute professional misconduct. We regret that we can be of no further assistance to you.

Jodi Lyn Hemingway has been provided with a copy of your Request for Investigation. If my staff or I can be of service to you in the future, please do not hesitate to contact us again.

Very truly yours,

*Cynthia C. Bullington/meg*
Cynthia C. Bullington
Assistant Deputy Administrator

CCB/meg
cc: Jodi Lyn Hemingway (w/enclosure)

State of Michigan

**Attorney Grievance Commission**

755 W. Big Beaver Rd. - Suite 2100
Troy, MI 48084
www.agcmi.org

**Request for Investigation Form**

Instructions:

A request for investigation of an attorney must describe the alleged misconduct (including time and place), be signed by the complainant, and be filed with the Grievance Administrator. Please fill out this entire form, specifically setting forth all the facts and circumstances of the alleged misconduct. You may attach copies of supporting documents to this form. Please provide an **additional** copy of this form and all attachments upon submission.

Only one attorney may be listed in this form. If you have a complaint against more than one attorney, you must file a separate form for each attorney.

(Please Type or Print):

Attorney Information:

Full Name and P Number: _Jodi L Hemingway PLL_

Address (number and street): _503 s saginaw_

City: _Flint_ State: _MI_ Zip Code: _48502_

Telephone: _____

Complainant Information:

Mr. ◯ Ms. ◯ Dr. ◯ Hon. ◯

Your Name: _Dr Jerry Powell_

Address (number and street): _221 w Rankin st_

City: _Flint_ State: _MI_ Zip Code: _48505_

Telephone (Home): _810 288-1524_ (Cell): _____ (Work): _____

E-mail: _dejerrypowellpowell@gmil com_

Date: _12-22_ _1-22-26_ Your Signature: _Dejery Powell_

Relationship to attorney complained of:

Client ☐ Opposing party ☑ Opposing counsel ☒ Judge ☐ Employer/Supervisor ☐ Other ☐

If other was checked, please specify: _____      Date Attorney was hired/retained: _____

Type of Case Involved (eg: criminal, divorce, civil):

Felony

Case Number/Court where filed:      Elizabeth

attempted murder   Flint MI 48502

Statement of alleged misconduct: (You must make a statement of facts. You may attach as many additional pages as necessary to fully set forth all the relevant facts and circumstances surrounding your request for investigation.)

Case went infront of Judge Kelly

Judge Kelly Courtroom He went in front of the Court with a different attorney infront of Judge Kelly and I wos't there and he sent Somebody to Contact my Mother Then had me injury. And He and up hiring the same Famliy attorney that Michael which is my Family

Clear Form

C 23 G55 5489 SC

34740

| STATE OF MICHIGAN<br>67-5   JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | DEFAULT REQUEST,<br>ENTRY, AND JUDGMENT<br>(SUM CERTAIN) | CASE NO. and JUDGE<br>C24G2208GC |
|---|---|---|

Court address
630 S. Saginaw St., Flint, MI 48502

Court telephone no.
(810) 766-8968

| Plaintiff's name, address, and telephone no.<br><br>RPM Auto Sales Inc.<br>c/o Kratochvil Law P.C.<br>PO BOX 4570<br>Troy MI 48099 | v | Defendant's name, address, and telephone no.<br><br>Dejerry Powell<br>221 W Rankin St<br>Flint, MI 48505 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br><br>Brent M. Kratochvil (P75845)<br>PO BOX 4570<br>Troy MI 48099<br>(248) 284-1661 | | Defendant's attorney, bar no., address, and telephone no. |

USE NOTE: Plaintiff must complete the Request and the Default Judgment before filing with the court.

**REQUEST**

1. I request a default entry against Dejerry Powell _____ for failure to appear.

2. The claim against the defaulted party is for a sum certain or for a sum, which by computation can be made certain. I request judgment for:  Damages: $ 3,083.10  Costs: $ 119.20  Attorney fee/Other: $ 75.00  Payments/Credits: $ - 0  Total judgment: $ 3,277.30 .

3. The amount requested for damages is not greater than the amount stated in the complaint.

4. The defaulted party is not an infant or incompetent person.

5.   It is unknown whether the defaulted party is in the military service.  X The defaulted party is not in the military service. The defaulted party is in the military but there has been notice of pendency of the action and adequate time and opportunity to appear and defend has been provided. Attached, as appropriate, is a waiver of rights and protections provided under the Servicemembers Civil Relief Act. Facts upon which this conclusion is based are: (Specify)

6. This request is made on my personal knowledge and, if sworn as a witness, I can testify competently to the facts in this request.

I declare under the penalties of perjury that this request has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

Plaintiff/Attorney signature

Subscribed and sworn to before me on 7-25-2024
Date

My commission expires on October 2, 2028

Deputy clerk/Notary public signature
Dawn Marie Engel
Name (type or print)

Notary public, State of Michigan, County of ___ St. Clair ___.  X Acting in the County of ___ Macomb ___
This notarial act was performed using an electronic notarization system or a remote electronic notarization platform.

Approved, SCAO
Form MC 07a, Rev. 7/22
MCL 32.517, MCL 600.2441, MCL 600.5759, MCL 600.6013,
50 USC 3931, MCR 2.603
Page 1 of 2

Distribute form to:
Court
Plaintiff
All other parties

34740

Default Request, Entry, and Judgment (Sum Certain)   (7/22)
Page 2 of 2

Case No. ___C24G2208GC___

| DEFAULT ENTRY | The default of the party named above for failure to appear is entered.

_____ 8-7-24
Court clerk signature and date

| DEFAULT JUDGMENT | IT IS ORDERED this judgment is granted in favor of the plaintiff(s) as follows:

'Attach bill of costs if statutory limit is exceeded.

Damages: $ _3,083.10_ Costs: $ _119.20_ Attorney fee/Other: $ _75.00_ Payments/Credits: $ - _0_

Total judgment: $ _3,277.30_

This judgment will earn interest at statutory rates, computed from the filing date of the complaint.

Judgment interest accrued thus far is $ _113.22_ and is based on: If needed, attach separate sheet.

X the statutory rate of _13_ % from _4-19-2024_ to _7-25-2024_

the statutory 6-month rate(s) of _____ % from _____ to _____

If personal service is made, this default judgment becomes a final judgment after 21 days unless a motion to set aside is filed.

_____ 8-7-24
Court clerk/Judge signature and date

Use note: The party who sought the default and default judgment is responsible for serving all parties in accordance with MCR 2.603(A)(2) and MCR 2.603(B)(4).

| CERTIFICATE OF MAILING |

I served a copy of this default request, entry, and judgment on the parties or their attorneys by first-class mail addressed to their last-known addresses as defined by MCR 2.107(C)(3). I declare under the penalties of perjury that this certificate of mailing has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

_8/9/2024_
Date

_____
Signature

Dawn Engel, an employee of
Kratochvil Law P.C.



STATE OF MICHIGAN
7TH JUDICIAL CIRCUIT
GENESEE COUNTY

JUDGMENT OF SENTENCE
☒ COMMITMENT TO JAIL

CASE NO.
45548-FH-B

ORI
MI-2500ISJ

Court Address COUNTY CLERK
900 S SAGINAW
FLINT MI 48502

Court Telephone no.
810-257-32

Police Report No. 1912500809

THE PEOPLE OF ☒ The State of Michigan

☐ FILED

Defendant's name, address, and telephone no.
DEJERRY DARNELL POWELL
221 W RANKIN
FLINT, MI 48504

CTN/TCN
25...800119701

SID
2467045L

DOB

COURT FINDS:

1. The defendant was found guilty on 8/1 Date of the crime(s) stated below.

| Count | CONVICTED BY: | | | DISMISSED | |
|---|---|---|---|---|---|
| | Plea* | Court | Jury | Of* | BY* |
| 1 | NC | | | | POL OF |

| CRIME | CHARGE CODE(S) MCL citation/PACC |
|---|---|
| RESIST/OBSTR | 750.81D1 |

*Insert "G" for guilty pleas, "NC" for nolo contendere, court, or "NP" for dismissed by prosecutor/plaintiff, "I" for guilty but mentally ill, "D" for dismissed.

2. The defendant ☒ was represented by attorney: WHITE, MAJOR J.C.

IT IS ORDERED:
☒ 10. The defendant is sentenced to jail as follows:

| Count | Date Sentence Begins | Sentenced Mos. Days | Credited Mos. Days | |
|---|---|---|---|---|
| 1 | 9/20/19 | 365 | 174 | |

☐ Report at ____ m.
Release Authorized for the following Purpose
☐ Upon payment of fine/cost
☐ To work seek work
☐ For attendance at school

12. The defendant shall pay:
$198.00 TOTAL

The due date for payment is 9/20/19.
of the due date are subject to a 20% late
to pay due to financial hardship, cont
alternative. MCR 6.425(E)(3).
☐ The defendant shall serve ____ days
conditional sentence. Prior to enfor
must determine the defendant's abilit

not paid within 56 days
int owed. If you are not able
to request a payment
y on time, as part of a
ailing to pay, the court

UIA1711
(Rev. 09-21)

Authorized by
MCL 421.1 etseq.

STATE OF MICHIGAN

GRETCHEN WHITMER
GOVERNOR

DEPARTMENT OF LABOR AND ECONOMIC OPPORTUNITY
UNEMPLOYMENT INSURANCE AGENCY

SUSAN R. CORBIN
DIRECTOR

# UNEMPLOYMENT COMPENSATION NOTICE TO EMPLOYEE
## THIS FORM IS NOT A WAIVER REQUEST OR APPROVAL OF A WAIVER REQUEST.

**Information Needed to File a Claim:**
- Your Social Security card.
- Your state issued driver's license or ID card number or your Michigan's Automated Response Voice Interactive Network (MARVIN) PIN (if you have one).
- The names and addresses of employers you have worked for during the past 18 months and your quarterly gross earnings.
- The first and last date of employment with each employer.
- Your most recent employer's Federal Employer ID number (FEIN) and Employer Account Number (EAN). Depending on your situation, knowing the account number may speed up the processing of your claim.
- If you are not a U.S. Citizen or national, you will need your Alien Registration card and the expiration date of your work authorization.

**Bi-Weekly Certification:**
Unless the requirement has been waived, you must certify your eligibility every two weeks to receive benefits. The preferred method of certifying is online. Phone certification is also available.
- **Online:** Visit **www.michigan.gov/uia** and sign into MiLogin to access your Michigan Web Account Manager (MiWAM) account. Your online account is accessible seven days a week, 24 hours a day.
- **By Phone:** Call MARVIN at 1-866-638-3993, Monday through Friday, 8:00 a.m. to 4:30 p.m.

**Work Search Activities:**
You must be able, available, and seeking work to be eligible for benefits. Document and report at least one work search activity during your bi-weekly certification for benefits. The preferred method for reporting work search activities is through MiWAM. You may also report work search activities by phone through MARVIN. UIA will not release benefits until it processes the work search activities that you submit.

If you have questions, visit **www.michigan.gov/uia** for tools and resources. You can also access your MiWAM account to chat with an agent during regular business hours. Visit our website for hours of operation. TTY service is available at 1-866-366-0004.

## To Be Completed by the Employer

Complete the following information in the spaces below. Each employee, when separated from your employment should receive a completed copy of this form or an equivalent written notice. A $10.00 penalty for non-compliance may be imposed on the employer by UIA.

**Your 10-digit UIA Employer Account Number (EAN):**

**Your 9-digit Federal Employer Identification Number (FEIN):**

**Employer's Name with Doing Business As (DBA) Name** and complete mailing address where wage and separation information is available.

CBOCS MICHIGAN INC

Employer's Name

DBA

P.O. Box 280100

Employer's Address

Nashville, TN 37228

City, State, Zip Code

Nicole Toureau

Name of Contact Person

(615) 242-8246

Telephone Number

VQ - LEFT AREA

Reason for Separation

Employers, direct any questions to the Office of Employer Ombudsman (OEO) through your MiWAM account at **www.michigan.gov/uia** or call 1-855-484-2636. TTY service is available at 1-866-366-0004.

UIA is an equal opportunity employer/program.

UIA 6349
(Rev. 03-19)



**STATE OF MICHIGAN**
**DEPARTMENT OF LABOR AND ECONOMIC OPPORTUNITY**
UNEMPLOYMENT INSURANCE AGENCY

Authorized by
MCL 421.1 et seq.

GRETCHEN WHITMER
GOVERNOR

SUSAN R. CORBIN
ACTING DIRECTOR

# Statement of Identity Theft

Name: Dejerry Darnell Powell

Claim #/Date: C9307394-0

SSN: 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

[✔] I did not file or attempt to reopen a claim for unemployment benefits with the information above.

[✔] I did not certify for unemployment benefits on the claim listed above.

[✔] I did not receive any funds from the payment of unemployment benefits on the claim listed above.

[✔] I would like this claim filed in my name to be withdrawn.

Contact Information: Address: Dejerry Powell
221 W. Rankin Street, Flint, MI 48505-4148
Telephone Number: (810) 420-2652
Email Address: dejerrypowell748@gmail.com

**Certification:** I certify that the information I have reported is true and correct. I understand that if I intentionally make a false statement, misrepresent facts or conceal material information to obtain benefits, I may be required to repay benefits, charged penalties and could be subject to criminal prosecution.

Signature: *Dejerry Powell*

Date: April 10, 2025

Telephone Number: (810) 420-2652

Print Name: Dejerry Powell

You can return this form in person at your local Unemployment Insurance Agency (UIA) Office. To find the nearest UIA Local Office, go to www.michigan.gov/uia under *UIA Quick Links*. You can also return this form by mail to the Unemployment Insurance Agency, P.O. Box 169, Grand Rapids, MI 49501-0169 or fax to 1-517-636-0427.

**For Internal Use Only:**

| | | |
|---|---|---|
| UIA Personnel Print Name | Signature | Date |
| MiDAS Username | Name of Local Office | |

*0 6 3 4 9 1 9 0 3 *

UIA is an equal opportunity employer/program.

Department of Labor and Economic Opportunity

# UNEMPLOYMENT INSURANCE



| PUA Application | | Welcome, DEJERRY POWELL | Settings | Help | Log Off |

My Claims    Claim: C9307394-0    Submissions    Settings    PUA Application

---

### Submission

DEJERRY POWELL
dejerrypowell748@gmail.com
+1 (810) 874-4529
Last logged on 08-Apr-2025

Submission
**PUA Application**

### Status

✓ **Completed**

Confirmation #2-113-734-352

Submitted 01-Sep-2020 14:37:29

Completed 01-Sep-2020 14:37:35

### I Want To

View Submission

For security reasons it is important to remember to close your browser completely when you are done.

LEO Home | UIA Home | FOIA | Contacts
MICHIGAN.GOV HOME | ADA | POLICIES

Copyright © 2001- 2025 State of Michigan

**ARBITRATION.** ALL DISPUTED CLAIMS OR CONTROVERSIES ARISING FROM OR RELATING TO THIS CONTRACT OR PARTIES THERETO SHALL BE RESOLVED BY THE BINDING ARBITRATION BY ONE ARBITRATOR SELECTED BY SELLER AND BUYER, AS THEY AGREE, BUT IF THEY CANNOT AGREE ON AN ARBITRATOR, THEN THE ARBITRATOR SHALL BE SELECTED BY A COURT OF COMPETENT JURISDICTION. THIS AGREEMENT IS MADE PURSUANT TO A TRANSACTION IN INTERSTATE COMMERCE AND SHALL BE GOVERNED BY **MCL 600-5001 ET.SEQ.** AS WELL AS THE FEDERAL ARBITRATION ACT AT **9 U.S.C. 1 ET.SEQ.** JUDGMENT UPON THE AWARD RENDERED MAY BE ENTERED IN ANY COURT HAVING JURISDICTION. THE PARTIES AGREE AND UNDERSTAND THAT THEY CHOOSE ARBITRATION INSTEAD OF LITIGATION TO RESOLVE THEIR DISPUTES.

THE PARTIES UNDERSTAND THAT THEY HAVE A RIGHT TO LITIGATE DISPUTES IN COURT, BUT THAT THEY PREFER TO RESOLVE THEIR DISPUTES THROUGH ARBITRATION, EXCEPT AS PROVIDED HEREIN. THE PARTIES VOLUNTARILY AND KNOWINGLY WAIVE ANY RIGHT THEY HAVE TO A JURY TRIAL, EITHER PURSUANT TO ARBITRATION UNDER THIS CLAUSE OR PURSUANT TO A COURT ACTION FILED BY BUYER (AS PROVIDED HEREIN).

THE PARTIES AGREE AND UNDERSTAND AND THAT ALL DISPUTES ARISING UNDER CASE LAW, STATUTORY LAW AND ALL OTHER LAWS INCLUDING, BUT NOT LIMITED TO, ALL CONTRACT, TORT AND PROPERTY DISPUTES WILL BE SUBJECT TO BINDING ARBITRATION IN ACCORD WITH THIS CONTRACT. THE PARTIES AGREE THAT THE ARBITRATOR SHALL HAVE ALL POWERS PROVIDED BY LAW, THE CONTRACT AND THE AGREEMENT OF THE PARTIES. THESE POWERS SHALL INCLUDE ALL LEGAL AND EQUITABLE REMEDIES INCLUDING, BUT NOT LIMITED TO, MONEY DAMAGES, DECLARATORY RELIEF AND INJUNCTIVE RELIEF. NOTWITHSTANDING ANYTHING HEREUNTO TO THE CONTRARY, SELLER, AND ANY ASSIGNEE OF SELLER, RETAINS AN OPTION TO USE JUDICIAL (FILING A LAWSUIT) OR NON-JUDICIAL RELIEF TO ENFORCE THE PROVISIONS OF THIS CONTRACT, AND THE SECURITY AGREEMENT, RELATING TO THE MOTOR VEHICLE SOLD BY SELLER. THE INSTITUTION AND MAINTENANCE OF A LAWSUIT BY SELLER, OR ANY ASSIGNEE OF SELLER, TO FORECLOSE UPON ANY COLLATERAL, TO OBTAIN A MONETARY JUDGMENT, OR TO ENFORCE THE SECURITY AGREEMENT SHALL NOT CONSTITUTE A WAIVER OF THE RIGHT OF ANY PARTY TO COMPEL ARBITRATION REGARDING ANY OTHER DISPUTE OR REMEDY SUBJECT TO ARBITRATION IN THIS CONTRACT, INCLUDING THE FILING OF A COUNTER-CLAIM IN A SUIT BROUGHT BY BUYER PURSUANT TO THIS PROVISION.

**WAIVER OF JURY TRIAL. BUYER HEREBY WAIVES ANY RIGHT TO A TRIAL BY JURY THAT BUYER HAS IN ANY SUBSEQUENT LITIGATION BETWEEN BUYER AND SELLER, OR BUYER AND ANY ASSIGNEE OF SELLER, WHICH SUCH LITIGATION ARISES OUT OF, IS RELATED TO, OR IS IN CONNECTION WITH ANY PROVISIONS OF THIS CONTRACT WHETHER THE CONTRACT IS ASSERTED AS THE BASIS FOR A CLAIM, COUNTER-CLAIM OR CROSS-CLAIM.**

**MODIFICATIONS OF STATUTE OF LIMITATIONS.** NOT WITHSTANDING ANY CONTRARY PROVISIONS OF ANY STATUTE OF LIMITATION, ANY CLAIM BY BUYER AGAINST COMPANY, OR ANY AGENT, EMPLOYEE, OR OFFICER OF COMPANY, INCLUDING: TORT CLAIMS, BREACH OF CONTRACT (EXPRESSED OR IMPLIED), FRAUD, BREACH OF WARRANTY (EXPRESS OR IMPLIED), TRUTH IN LENDING, MICHIGAN CREDIT REFORM, MICHIGAN CONSUMER PROTECTION, BREACH OF ANY STATE OR FEDERAL ODOMETER STATUTE, VIOLATIONS OF ANY FEDERAL, STATE, OR OTHER GOVERNMENTAL LAW, STATUTE, REGULATION, OR ORDINANCE, OR CLAIMS BASED ON ANY OTHER LEGAL OR EQUITABLE THEORY, MUST BE BROUGHT (BY DEMANDING ARBITRATION ON ANY SUCH CLAIM) NO LATER THAT 1 YEAR FROM THE DATE OF THE SALE OF THE VEHICLE OR 1 YEAR FROM THE DATE OF THE ACTION UPON WHICH THE CLAIM IS BASED, WHICHEVER IS LATER.

**LATE CHARGE AND RETURNED CHECK CHARGE:** I will pay you a late charge on each late payment as shown in the TILA Disclosures.

**REPOSSESSION:** If I default, you may repossess the motor vehicle from me if you do so peacefully. If any personal items are in the motor vehicle, you can store them for me and give me written notice at my last address shown on your records within 15 days of discovering that you have my personal items. If I do not ask for these items back within 31 days from the day you mail or deliver the notice to me, you may dispose of them as applicable law allows. Any accessory, equipment, or replacement part stays with the motor vehicle.

**MY RIGHT TO REDEEM:** If you take my motor vehicle, you will tell me how much I have to pay to get it back. If I do not pay you to get the motor vehicle back, you can sell it or take other action allowed by law. My right to redeem ends when the motor vehicle is sold or you have entered into a contract for sale or accepted the collateral as full or partial satisfaction of a contract.

**DISPOSITION OF THE MOTOR VEHICLE:** If I don't pay you to get the motor vehicle back, you can sell it or take other action allowed by law. You will send me notice at least 10 days before you sell it. You can use the money you get from selling it to pay allowed expenses and to reduce the amount I owe. Allowed expenses are expenses you pay as a direct result of taking the motor vehicle, holding it, preparing it for sale, and selling it. If any money is left, you will pay it to me unless you must pay it to someone else. If the money from the sale is not enough to pay all I owe, I must pay the rest of what I owe you plus interest. If you take or sell the motor vehicle, I will give you the certificate of title and any other document required by state law to record transfer of title.

**COLLECTION COSTS:** If you hire an attorney who is not your employee to enforce this contract, I will pay reasonable attorney's fees and court costs as applicable law allows.

**CANCELLATION OF OPTIONAL INSURANCE AND SERVICE CONTRACTS:** This contract may contain charges for insurance or service contracts or for services included in the cash price. If I default, I agree that you can claim benefits under these contracts to the extent allowable, and terminate them to obtain refunds of unearned charges to reduce what I owe or repair the motor vehicle.

**YOUR RIGHT TO DEMAND PAYMENT IN FULL:** If I default, or you believe in good faith that I am not going to keep any of my promises, you can demand that I immediately pay all that I owe. Unless required by applicable law, you don't have to give me notice that you are demanding or intend to demand immediate payment of all that I owe.

**INTEGRATION AND SEVERABILITY CLAUSE:** This contract and the related documents that I sign contemporaneously with this contract contain the entire agreement between you and me relating to the sale and financing of the motor vehicle. If any part of this contract is not valid, all other parts stay valid.

**LEGAL LIMITATIONS ON YOUR RIGHTS:** If you don't enforce your rights every time, you can still enforce them later. You will exercise all of your rights in a lawful way. I don't have to pay finance charge or other amounts that are more than the law allows. This provision prevails over all other parts of this contract and over all your other acts.

**CO-SIGNER OBLIGATIONS:** Any co-signer who signs this contract agrees to pay any amounts due under the contract if the buyer(s) does not pay such amounts. You do not have to exhaust your legal remedies against any buyer before seeking payment from the co-signer.

**APPLICABLE LAW:** Federal and Michigan law apply to this contract.

**COLLECTION CALLS:** By providing you my wireless (cell) telephone number, I expressly consent to receiving telephone calls from you concerning my contract, including calls to collect what I owe. Live calls may be made by one of your employees. Calls may also be made by a prerecorded, autodialed voice or text message as applicable law allows. My consent covers *all* types of calls. You do not charge me for such calls. My wireless carrier will charge me for your incoming calls and text messages according to my plan.

**STARTER INTERRUPT/GPS TRACKING:** [X] If the box is checked, my motor vehicle is equipped with a starter interrupt GPS tracking device ("Device"). By signing this contract, I agree that you may install the "Device" in my motor vehicle. I understand and agree that you may use this Device to locate my motor vehicle in the event that I do not make my payments on the dates they are due as shown in the TILA Disclosures. I understand and agree that you will disable the motor vehicle in the event that I do not make my payments on the dates they are due as shown in the TILA Disclosures, subject to any rights that I may have to cure my default. I agree that I will not tamper with, disable or attempt to disable the Device. The Device is and remains your property. I agree to return the motor vehicle to you after I have made all payments due under this contract so that you can remove the Device at no cost to me. Additional terms and disclosures regarding the installation and use of the Device are provided to me separately.

[X] If the box is checked, my motor vehicle is equipped with a GPS tracking device ("GPS Device"). By signing this contract, I agree that you may install the GPS Device in my motor vehicle. I understand and agree that you may use this GPS Device to locate my motor vehicle in the event that I do not make my payments on the dates they are due as shown in the TILA Disclosures. I agree that I will not tamper with, disable or attempt to disable the GPS Device. The GPS Device is and remains your property. I agree to return the motor vehicle to you after I have made all payments due under this contract so that you can remove the GPS Device at no cost to me. Additional terms and disclosures regarding the installation and use of the GPS Device are provided to me separately.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER. **(The preceding NOTICE applies only to goods or services obtained for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.)**

## *LOOK FOR WORK AND KEEP RECORDS OF YOUR JOB SEARCH*
## *IF YOU ARE UNEMPLOYED*

If you lost your job or were not hired due to discrimination, you may be entitled to the pay or wages you lost. However, you cannot receive lost wages unless you can show that you looked for another job to replace the one you lost or were denied due to discrimination. To prove that you searched for work, you must keep copies of all letters, emails, or other evidence of your job search. If you find a new job but it pays less than the job you lost, you may be entitled to the difference in pay. Keep all evidence of your job search even if you find another job.

> ## *WHAT IS EVIDENCE OF YOUR JOB SEARCH?*
>
> The following types of information can prove that you have tried to find work. If you have questions about what you are required to do, please contact your investigator.
>
> - Copies of job applications and resumes
> - A list of all the companies you contact about jobs by phone, letter or in-person
> - Copies of e-mails or letters that you send to or receive from companies where you have asked about work or submitted an application
> - A list of all the places where you apply, and for each one:
>   a. the date of the application;
>   b. the position you were seeking;
>   c. the response you received from your application, such as rejection letters or invitations to interview;
>   d. whether you were interviewed and the date of the interview;
>   e. the results of the interview;
>   f. whether you turned down a job offer, and if you did, why
> - Notes about what you did to look for work (for example, searching the newspaper or Internet, attending job fairs or contacting employment agencies) and the dates that you conduct the search
> - Copies of your pay stubs or earnings records if you find another job.

> ## *KEEP YOUR CONTACT INFORMATION UP-TO-DATE*
>
> Once you file a charge with the EEOC, you must tell us if you move or get a new address, telephone number, or e-mail address. Just log into the EEOC Public Portal and update your contact information. We may need to talk to you to get more information. If EEOC cannot reach you to get necessary information, your charge may be dismissed.

Page 2 of 2

Department of Labor and Economic Opportunity

# UNEMPLOYMENT INSURANCE



**View**                                        Welcome, DEJERRY POWELL        Settings        Help        Log Off

My Claims        Claim: C9307394-0        Submissions        Settings        PUA Application        PUA Application

tion        **5. Address Information**        **6. Contact Information**        **7. Additional Information**        **8. Payment Method**        9. MiWAM Account

## MiWAM Account

### MiWAM Account

The Michigan Web Account Manager (MiWAM) is the UIA's system for managing your unemployment claim. MiWAM is accessible 24 hours a day, seven days a week and allows you to complete many online services. You can file a claim, submit an inquiry or name change request, change your address, answer fact finding questions, certify for benefits, review your payment history, and submit your work search using your MiWAM account. Your account is secure, accurate, and a fast way to interact with UIA.

*Because State law allows the UIA to issue determinations on restitution for up to three years after you were approved for unemployment benefits, and up to six years if fraud (intentional misrepresentation) is involved, it is recommended that you continue to monitor your MiWAM account and update your contact information even after you have exhausted your benefits and your benefit year has ended.*

### Correspondence

How would you like to receive information from the Unemployment Insurance Agency?        | **Go Green** | Paper |

Email Address                                                                                                    djhussle@mail.com

Choosing electronic correspondence means that all decisions, fact-finding questionnaires, letters, inquiry responses, and notifications will only be sent to your MiWAM account. Each time correspondence is posted to your MiWAM account, a notice is sent to the email address you have provided.

By checking "Go Green" you agree to receive all communications electronically through MiWAM and understand that it is your responsibility to monitor your MiWAM account for any correspondence from UI.

### Go Green Agreement

1. I agree to receive my correspondence from Unemployment Insurance (UI) through my Michigan Web Account Manager (MiWAM) account at www.michigan.gov/uia instead of through U.S. mail. This contact method is referred to as "Go Green".

2. I understand that I need to routinely check my MiWAM inbox for correspondence. UI will send courtesy emails to the primary email address about new correspondence (letters) which can be viewed at anytime by logging into the MiWAM account.

3. I understand that UI reserves the right to contact me by other methods in addition to Go Green correspondence.

4. I understand that if I want to discontinue receiving my correspondence via Go Green, I must log into my MiWAM account at www.michigan.gov/uia and change my contact method (claimants) or change my set mail preferences (employers).

5. I understand that UI reserves the right to discontinue sending correspondence via Go Green.

6. I understand that if UI discontinues sending correspondence via Go Green, correspondence via postal mail will be used to contact me until I change my contact method (claimants) or change my set mail preferences (employers).

If your postal, physical or primary email address change, you must update it with UI.

**8. If at any time you wish to receive your correspondence via U.S. mail and opt-out of receiving UI correspondence electronically, please select Paper as your preferred method of receiving correspondence.**

Previous Step        Next Step

Change

For security reasons it is important to remember to close your browser completely when you are done.

LEO Home  |  UIA Home  |  FOIA  |  Contacts
MICHIGAN.GOV HOME  |  ADA  |  POLICIES

Department of Labor and Economic Opportunity

# UNEMPLOYMENT INSURANCE



**Request Delivery Preference for Form 1...**     Welcome, DEJERRY POWELL     Settings     Help     Log Off

My Claims     Claim: C9307394-0     Settings     Request Delivery Preference for Form 1099-G

---

### Submission

DEJERRY D POWELL
***-**-8216

Submission
**Delivery Preference for Form 1099-G**

### Status

✓ **Completed**

Confirmation #1-608-144-648

Submitted 08-Feb-2021 13:12:57

Completed 09-Feb-2021 05:17:50

### I Want To

View Submission

---

For security reasons it is important to remember to close your browser completely when you are done.

LEO Home  |  UIA Home  |  FOIA  |  Contacts
MICHIGAN.GOV HOME  |  ADA  |  POLICIES

Copyright © 2001- 2025 State of Michigan

Department of Labor and Economic Opportunity

# UNEMPLOYMENT INSURANCE

## View

My Claims        Claim: C9307394-0        Settings        Request Delivery Preference for Form 1099-G        Delivery Preference for Form 1099-G

---

**How do you want to receive Form 1099-G?**

---

Select a method to receive your Form 1099-G:

| Electronic | Paper |
|---|---|

Correspondence will be sent to the following email:

**djhussle123@gmail.com**

Selecting electronic correspondence means that you will be notified via email that your Form 1099-G is available to view on MiWAM.

For security reasons it is important to remember to close your browser completely when you are done.

LEO Home | UIA Home | FOIA | Contacts
MICHIGAN.GOV HOME | ADA | POLICIES

Copyright © 2001- 2025 State of Michigan

**View**  Welcome, DEJERRY POWELL  Settings  Help  Log Off

My Claims    Claim: C9307394-0    Submissions    Settings    PUA Application    PUA Application

1. PUA Application    2. COVID-19 Qualifications

## COVID-19 Qualifications

### Qualification Reason(s)

In order to qualify for PUA, you must be unemployed or underemployed as a direct result of COVID-19. Select the status(es) check all the following that apply to your situation:

| | |
|---|---|
| You have been diagnosed with COVID-19 or with COVID-19 symptoms and are seeking diagnosis | ☐ |
| A member of your household has been diagnosed with COVID-19 | ☐ |
| You are providing care for a family or household member diagnosed with COVID-19 | ☐ |
| You are the primary caregiver for a child unable to attend school or other facility closed due to COVID-19 | ☐ |
| You are unable to reach your place of employment due to an imposed quarantine or because you have been advised by a medical practitioner to self-quarantine due to COVID-19 | ☐ |
| You were scheduled to commence new employment and cannot reach the workplace as a direct result of COVID-19. | ☐ |
| You became the major breadwinner because the head of household died from COVID-19 | ☐ |
| You quit your job as a direct result of COVID-19 | ☐ |
| Your place of employment closed as a direct result of COVID-19 | ☐ |
| Your hours have been reduced as a direct result of COVID-19 | ☐ |
| You are self-employed, an independent contractor, 1099 filer, or farmer and have been affected by COVID-19 | ☑ |
| You are seeking part-time employment and affected by COVID-19 | ☐ |
| You have insufficient work history to qualify for regular Unemployment Compensation and are affected by COVID-19 | ☐ |
| You are unemployed or working less than your regular hours as a result of COVID19, and were denied benefits on another claim | ☐ |
| You are unemployed or under-employed for some other reason | ☐ |

### Qualification Details

You are not eligible for Pandemic Unemployment Assistance if you are paid the full amount of your regular wages for either of the following:

- Teleworking with pay
- On a paid sick leave or some other type of paid leave

Are you on any type of paid leave being paid your full customary pay while you are not working?  [ Yes ] [ **No** ]

You may be eligible for Pandemic Unemployment Insurance Assistance if you are any of the following:

- On paid sick leave but you are receiving _less than_ what you would receive for your customary work week
- Receiving some other type of paid leave that is _less than_ what you would receive for your customary work week
- Offered teleworking with pay that is less than when you worked prior to the COVID-19 pandemic

Are you teleworking or on any type of paid leave, and being paid less than your full customary pay?  [ Yes ] [ **No** ]

On what date did you first become impacted by COVID-19 due to the reason(s) you chose above?  18-Mar-2020

Are you a State of Michigan resident?  [ **Yes** ] [ No ]

Is the employer or employment from which you are separated or working reduced hours due to COVID19, located or performed in Michigan? This includes regular employment, self-employment, 1099 employment, and farm activities.  [ **Yes** ] [ No ]

Have you filed for PUA in another state?  [ Yes ] [ **No** ]

Saturday, Nov 20, 2021

08:05 PM      Logged On

12:07 PM      Logged On

Friday, Nov 19, 2021

06:02 PM      Benefit Payment Method      PUA

05:58 PM      Logged On

Wednesday, Aug 18, 2021

06:07 PM      Logged On

Wednesday, Jul 7, 2021

10:38 AM      Logged On

Monday, May 3, 2021

10:27 AM      Logged On

Tuesday, Mar 30, 2021

11:08 AM      Logged On

Saturday, Mar 27, 2021

09:21 AM      Logged On

Wednesday, Mar 24, 2021

02:30 PM      Logged On

01:57 PM      Logged On

Thursday, Mar 18, 2021

01:48 PM      Logged On

Thursday, Mar 11, 2021

03:19 PM      Logged On

Monday, Mar 1, 2021

06:41 PM      Logged On

Tuesday, Feb 23, 2021

03:03 PM      Logged On

Saturday, Feb 20, 2021

12:22 PM      Logged On

Monday, Feb 8, 2021

01:12 PM      Delivery Preference for Form 1099-G

01:12 PM      Logged On

**Settings**

Welcome, DEJERRY POWELL        Settings        Help        Log Off

My Claims        Claim: C9307394-0        Settings

**Profile        Payment Sources        Activity**

**Activity**

| Filter |
| --- |

**Tuesday, Apr 8, 2025**

| 10:28 AM | Logged On |
| --- | --- |
| 10:26 AM | Profile Updated |
| 10:24 AM | Logged On |
| 10:24 AM | Profile Updated |

**Sunday, Dec 1, 2024**

| 04:47 PM | Logged On |
| --- | --- |

**Friday, Nov 15, 2024**

| 09:01 AM | Profile Updated |
| --- | --- |
| 08:57 AM | Logged On |
| 08:56 AM | Verify Identity |
| 08:53 AM | Logged On |

**Monday, Apr 11, 2022**

| 01:56 PM | Logged On |
| --- | --- |

**Tuesday, Mar 8, 2022**

| 10:54 PM | Non-Monetary Fact Finding | PUA | C9307394-0 |
| --- | --- | --- | --- |
| 10:51 PM | Logged On | | |

**Wednesday, Mar 2, 2022**

| 02:03 AM | Logged On |
| --- | --- |

**Tuesday, Dec 7, 2021**

| 01:24 PM | Logged On |
| --- | --- |

**Saturday, Dec 4, 2021**

| 02:53 PM | Change Address | PUA | C9307394-0 |
| --- | --- | --- | --- |
| 02:50 PM | Logged On | | |

**Monday, Nov 29, 2021**

| 09:32 PM | Logged On |
| --- | --- |

**Tuesday, Nov 23, 2021**

| 12:23 PM | Logged On |
| --- | --- |

Department of Labor and Economic Opportunity
# UNEMPLOYMENT INSURANCE

 

## View

Welcome, DEJERRY POWELL     Settings     Help     Log Off

My Claims     Claim: C9307394-0     Submissions     Address Update     Change Address

---

### Physical Address

You must enter your physical address and validate it in order to proceed. Enter your address and then click on the button to validate it.

| | | | |
|---|---|---|---|
| Country | USA | | |
| Address Line 1 | 409 SUNCREST DR | | |
| Address Line 2 | | | |
| Unit Type | APARTMENT | Unit | 409 |
| City | FLINT | State / Province | MICHIGAN |
| ZIP | 48504-8104 | County | GENESEE |
| Attention | | | |

Enter the address, then click here to validate the address

This address has been validated.

Is your Mailing Address different than your physical address?          **Yes**          **No**

**Letters sent to you will be addressed to:**

DEJERRY DARNELL POWELL
409 SUNCREST DR APT 409
FLINT MI 48504-8104

---

Change

For security reasons it is important to remember to close your browser completely when you are done.

LEO Home  |  UIA Home  |  FOIA  |  Contacts
MICHIGAN.GOV HOME  |  ADA  |  POLICIES

Copyright © 2001– 2025 State of Michigan

| a Control number | For Official Use Only ▶ OMB No. 1545-0008 | | |
|---|---|---|---|

| b Kind of Payer ▶ | 941 ☒   Military ☐   943 ☐   944 ☐   CT-1 ☐   Hshld. emp. ☐   Medicare govt. emp. ☐ | Kind of Employer ▶ | None apply ☒   501c non-govt. ☐   State/local non-501c   State/local 501c   Federal govt. | Third-party sick pay ☐ |

| c Total number of Forms W-2: 1 | d Establishment number | 1 Wages, tips, other compensation $38,786.78 | 2 Federal income tax withheld $3,454.78 |
|---|---|---|---|
| e Employer identification number (EIN) 85-2667725 | | 3 Social security wages $38,786.78 | 4 Social security tax withheld $2,325.95 |
| f Employer's name **SGI INC** **615 S. SAGINAW ST** **FLINT, MI 48502-3717** | | 5 Medicare wages and tips $38,786.78 | 6 Medicare tax withheld $562.11 |
| | | 7 Social security tips $0.00 | 8 Allocated tips $0.00 |
| | | 9 | 10 Dependent care benefits $0.00 |
| | | 11 Nonqualified plans $0.00 | 12a Deferred compensation $0.00 |
| g Employer's address and ZIP code | | | |
| h Other EIN used this year | | 13 For third-party sick pay use only | 12b  |
| 15 State MI | Employer's state ID number 85 - 2667725 | 14 Income tax withheld by payer of third-party sick pay | $0.00 |
| 16 State wages, tips, etc. $38,786.78 | 17 State income tax $0.00 | 18 Local wages, tips, etc. $38,786.78 | 19 Local income tax $0.00 |
| Employer's contact person **KENDRE POWELL** | | Employer's telephone number **678-900-7244** Ext. | For Official Use Only |
| Employer's fax number | | Employer's email address **SH.DIVERSIFIEDCONSULTING@GMAIL.COM** | |

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

YOUR    COPY

Signature ▶                              Title ▶                              Date ▶

Form **W-3**   **Transmittal of Wage and Tax Statements**          2019          Department of the Treasury Internal Revenue Service

## Purpose of Form

Complete a Form W-3 Transmittal only when filing paper Copy A of Form(s) W-2, Wage and Tax Statement. Don't file Form W-3 alone. All paper forms **must** comply with IRS standards and be machine readable. Photocopies are **not** acceptable. Use a Form W-3 even if only one paper Form W-2 is being filed. Make sure both the Form W-3 and Form(s) W-2 show the correct tax year and Employer Identification Number (EIN). Make a copy of this form and keep it with Copy D (For Employer) of Form(s) W-2 for your records. The IRS recommends retaining copies of these forms for four years.

## For employer records only!
## Do not send this form to the Social Security Administration.

The information contained on this form was submitted to the Social Security Administration on 01/11/2021.
The Wage File ID (WFID) assigned to this submission is: M5NMGD.

**For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.**

Department of Labor and Economic Opportunity
# UNEMPLOYMENT INSURANCE



### View

Welcome, DEJERRY POWELL    Settings    Help    Log Off

My Claims    Claim: C9307394-0    Submissions    Settings    PUA Application    PUA Application

. COVID-19 Qualifications ⟩ 3. COVID-19 Income ⟩ 4. Identification Information ⟩ 5. Address Information ⟩ 6. Contact Information ▶

## Contact Information

☎ **Telephone**

| | |
|---|---|
| Country | USA |
| Type | Cell |
| Area Code | (810) |
| Phone Number | 221-6525 |

Previous Step    Next Step

Change

For security reasons it is important to remember to close your browser completely when you are done.

LEO Home | UIA Home | FOIA | Contacts
MICHIGAN.GOV HOME | ADA | POLICIES

Copyright © 2001- 2025 State of Michigan

Department of Labor and Economic Opportunity

# UNEMPLOYMENT INSURANCE



## View

Welcome, DEJERRY POWELL      Settings      Help      Log Off

My Claims      Claim: C9307394-0      Submissions      Settings      PUA Application      PUA Application

3. COVID-19 Income      4. Identification Information      5. Address Information      6. Contact Information      7. Additional Information ▶

## Additional Information

### Demographic Information

If you require an interpreter, choose the language

Are you a U.S. Citizen? 🛈

| Yes | No |

What is your primary occupation? Please select the link to search. To edit, just search again. 🛈      Search Occupations

Selected Occupation      | 37-3011 - Landscaping and Groundskeeping Workers |

### Additional Information

Date of Birth      | 10-Apr-1989 |

Are you claiming dependents?      | Yes | **No** |

Do you want State and Federal taxes withheld from your benefit payments?      | **Yes** | No |

Number of exemptions      | 0 Exemptions ⌄ |

Previous Step      Next Step

Change

For security reasons it is important to remember to close your browser completely when you are done.

LEO Home  |  UIA Home  |  FOIA  |  Contacts
MICHIGAN.GOV HOME  |  ADA  |  POLICIES

Copyright © 2001- 2025 State of Michigan

Department of Labor and Economic Opportunity

# UNEMPLOYMENT INSURANCE



## View

Welcome, DEJERRY POWELL     Settings     Help     Log Off

My Claims     Claim: C9307394-0     Submissions     Settings     PUA Application     PUA Application

 4. Identification Information   5. Address Information   6. Contact Information  7. Additional Information   8. Payment Method ▶

## Payment Method

### Payment Method

How would you like to receive your benefits? You may receive your benefits by either debit card or direct deposit. You will receive benefit payments by debit card unless you enter your Direct Deposit information.

You will be receiving a welcome packet from the vendor in a **plain white envelope** which includes your debit card and introductory materials. When you receive the welcome packet, you must follow the directions to activate your debit card. Keep your card. You may be able to use the same card to receive benefit payments in the future. If you have questions about your card, you will need to contact the card provider.

| Debit Card | Direct Deposit |
|---|---|



Previous Step     Next Step

Change

For security reasons it is important to remember to close your browser completely when you are done.

LEO Home | UIA Home | FOIA | Contacts
MICHIGAN.GOV HOME | ADA | POLICIES

Copyright © 2001- 2025 State of Michigan

Department of Labor and Economic Opportunity

# UNEMPLOYMENT INSURANCE



## View

Welcome, DEJERRY POWELL    Settings    Help    Log Off

My Claims    Claim: C9307394-0    Submissions    Settings    PUA Application    PUA Application

 5. Address Information     6. Contact Information     7. Additional Information     8. Payment Method    9. MiWAM Account ▶

## MiWAM Account

 **MiWAM Account**

The Michigan Web Account Manager (MiWAM) is the UIA's system for managing your unemployment claim. MiWAM is accessible 24 hours a day, seven days a week and allows you to complete many online services. You can file a claim, submit an inquiry or name change request, change your address, answer fact finding questions, certify for benefits, review your payment history, and submit your work search using your MiWAM account. Your account is secure, accurate, and a fast way to interact with UIA.

*Because State law allows the UIA to issue determinations on restitution for up to three years after you were approved for unemployment benefits, and up to six years if fraud (intentional misrepresentation) is involved, it is recommended that you continue to monitor your MiWAM account and update your contact information even after you have exhausted your benefits and your benefit year has ended.*

**Correspondence**

How would you like to receive information from the Unemployment Insurance Agency?

| Go Green | Paper |
|---|---|

djhussle@mail.com

**Email Address**

Choosing electronic correspondence means that all decisions, fact-finding questionnaires, letters, inquiry responses, and notifications will only be sent to your MiWAM account. Each time correspondence is posted to your MiWAM account, a notice is sent to the email address you have provided.

By checking "Go Green" you agree to receive all communications electronically through MiWAM and understand that it is your responsibility to monitor your MiWAM account for any correspondence from UI.

**Go Green Agreement**

1. I agree to receive my correspondence from Unemployment Insurance (UI) through my Michigan Web Account Manager (MiWAM) account at www.michigan.gov/uia instead of through U.S. mail. This contact method is referred to as "Go Green".

2. I understand that I need to routinely check my MiWAM inbox for correspondence. UI will send courtesy emails to the primary email address about new correspondence (letters) which can be viewed at anytime by logging into the MiWAM account.

3. I understand that UI reserves the right to contact me by other methods in addition to Go Green correspondence.

4. I understand that if I want to discontinue receiving my correspondence via Go Green, I must log into my MiWAM account at www.michigan.gov/uia and change my contact method (claimants) or change my set mail preferences (employers).

5. I understand that UI reserves the right to discontinue sending correspondence via Go Green.

6. I understand that if UI discontinues sending correspondence via Go Green, correspondence via postal mail will be used to contact me until I change my contact method (claimants) or change my set mail preferences (employers).

If your postal, physical or primary email address change, you must update it with UI.

8. If at any time you wish to receive your correspondence via U.S. mail and opt-out of receiving UI correspondence electronically, please select Paper as your preferred method of receiving correspondence.

Previous Step    Next Step

Change

For security reasons it is important to remember to close your browser completely when you are done.

LEO Home | UIA Home | FOIA | Contacts
MICHIGAN.GOV HOME | ADA | POLICIES

Department of Labor and Economic Opportunity

# UNEMPLOYMENT INSURANCE



## Request Delivery Preference for Form 1...          Welcome, DEJERRY POWELL          Settings          Help          Log Off

My Claims          Claim: C9307394-0          Settings          Request Delivery Preference for Form 1099-G

---

**Submission**

DEJERRY D POWELL
***-**-8216

Submission
**Delivery Preference for Form 1099-G**

**Status**

✓ **Completed**

Confirmation #1-608-144-648

Submitted 08-Feb-2021 13:12:57

Completed 09-Feb-2021 05:17:50

**I Want To**

View Submission

For security reasons it is important to remember to close your browser completely when you are done.

LEO Home | UIA Home | FOIA | Contacts
MICHIGAN.GOV HOME | ADA | POLICIES

Copyright © 2001- 2025 State of Michigan

Department of Labor and Economic Opportunity

# UNEMPLOYMENT INSURANCE



View                                    Welcome, DEJERRY POWELL     Settings     Help     Log Off

My Claims     Claim: C9307394-0     Settings     Request Delivery Preference for Form 1099-G     Delivery Preference for Form 1099-G

**How do you want to receive Form 1099-G?**

Select a method to receive your Form 1099-G:

| Electronic | Paper |

Correspondence will be sent to the following email:

**djhussle123@gmail.com**

Selecting electronic correspondence means that you will be notified via email that your Form 1099-G is available to view on MiWAM.

For security reasons it is important to remember to close your browser completely when you are done.

LEO Home | UIA Home | FOIA | Contacts
MICHIGAN.GOV HOME | ADA | POLICIES

Copyright © 2001- 2025 State of Michigan

Department of Labor and Economic Opportunity

# UNEMPLOYMENT INSURANCE



## View

Welcome, DEJERRY POWELL     Settings     Help     Log Off

My Claims    Claim: C9307394-0    Submissions    Settings    PUA Application    PUA Application

1. PUA Application   2. COVID-19 Qualifications   3. COVID-19 Income   4. Identification Information   5. Address Information ▶

## Address Information

### Physical Address

You must enter your physical address and validate it in order to proceed. Enter your address and then click on the button to validate it.

| | |
|---|---|
| Country | USA |
| Address Line 1 | 12107 THORNRIDGE DR |
| Address Line 2 | |
| Unit Type | APARTMENT |
| City | GRAND BLANC |
| ZIP | 48439-9208 |
| Attention | |

| | |
|---|---|
| Unit | 12107 |
| State / Province | MICHIGAN |
| County | GENESEE |

Enter the address, then click here to validate the address

This address has been validated.

Is your Mailing Address different than your physical address?    [ Yes ]   [ No ]

**Letters sent to you will be addressed to:**

DEJERRY DARNELL POWELL
12107 THORNRIDGE DR APT 12107
GRAND BLANC MI 48439-9208

Previous Step     Next Step

Change

For security reasons it is important to remember to close your browser completely when you are done.

LEO Home | UIA Home | FOIA | Contacts
MICHIGAN.GOV HOME | ADA | POLICIES

Copyright © 2001- 2025 State of Michigan



Department of Labor and Economic Opportunity

# UNEMPLOYMENT INSURANCE

## View

Welcome, DEJERRY POWELL    Settings    Help    Log Off

My Claims    Claim: C9307394-0    Submissions    Settings    PUA Application    PUA Application

1. PUA Application     2. COVID-19 Qualifications     3. COVID-19 Income

## COVID-19 Income

| | | |
|---|---|---|
| Did you work and earn wages in regular employment, self-employment, 1099 employment or as a farmer worker between January 1, 2019 and December 31, 2019? | **Yes** | No |
| Have you worked and earned wages in employment, self-employment, 1099 employer or as a farm worker between January 1, 2020 and current? | **Yes** | No |
| Proof of income is not required to establish a PUA claim.If you do not provide proof of income you will be paid the minimum weekly benefit amount of $160.00. In addition to this amount, you will also receive the additional $600 Pandemic Unemployment Compensation provided for under the Coronavirus Aid, Relief, and Economic Security (CARES) Act. Do you wish to provide a statement income information? | Yes | **No** |

For which tax year would you like to provide information?

Enter the total dollar amount of self-employed or contract worker income as reported on IRS Form 1099 for the selected tax year that you would like to be included. Do not include wages from an employer that is reported on an IRS Form W-2.

Enter the total dollar amount of other self-employed income earned (for example, as reported on your tax return, or received from invoices or billings, etc.) for the selected tax year that you would like to include. Do not include 1099 income previously reported as part of the 1099 income above.

Previous Step    Next Step

Change

For security reasons it is important to remember to close your browser completely when you are done.

LEO Home | UIA Home | FOIA | Contacts
MICHIGAN.GOV HOME | ADA | POLICIES

Copyright © 2001- 2025 State of Michigan

Department of Labor and Economic Opportunity

# UNEMPLOYMENT INSURANCE



### View

Welcome, DEJERRY POWELL          Settings          Help          Log Off

My Claims     Claim: C9307394-0     Submissions     Settings     PUA Application     PUA Application

1. PUA Application     2. COVID-19 Qualifications     3. COVID-19 Income     4. Identification Information ▶

## Identification Information

Federal and state laws require that certain types of information be provided upon request for statistical and Unemployment Insurance program purposes. The information you provide to the Unemployment Insurance Agency concerning your claim for unemployment benefits is confidential and will be used only by public officials performing their duties.

### Name Information

| | |
|---|---|
| Last Name | POWELL |
| First Name | DEJERRY |
| Middle Name | DARNELL |
| Suffix | |
| Additional Last Name | |

Do you have a Michigan drivers license or state identification number?     | Yes | No |

Enter your Michigan driver license or state identification number.     P400139135280

Previous Step          Next Step

Change

**For security reasons It Is Important to remember to close your browser completely when you are done.**

LEO Home | UIA Home | FOIA | Contacts
MICHIGAN.GOV HOME | ADA | POLICIES

Copyright © 2001- 2025 State of Michigan

Department of Labor and Economic Opportunity

# UNEMPLOYMENT INSURANCE



## View

Welcome, DEJERRY POWELL        Settings        Help        Log Off

My Claims        Claim: C9307394-0        Submissions        Settings        PUA Application        PUA Application

1. PUA Application    2. COVID-19 Qualifications    3. COVID-19 Income    4. Identification Information    5. Address Information

## Address Information

### Physical Address

You must enter your physical address and validate it in order to proceed. Enter your address and then click on the button to validate it.

| | | | |
|---|---|---|---|
| Country | USA | | |
| Address Line 1 | 12107 THORNRIDGE DR | | |
| Address Line 2 | | | |
| Unit Type | APARTMENT | Unit | 12107 |
| City | GRAND BLANC | State / Province | MICHIGAN |
| ZIP | 48439-9208 | County | GENESEE |
| Attention | | | |

Enter the address, then click here to validate the address

This address has been validated.

Is your Mailing Address different than your physical address?        Yes        No

**Letters sent to you will be addressed to:**

DEJERRY DARNELL POWELL
12107 THORNRIDGE DR APT 12107
GRAND BLANC MI 48439-9208

Previous Step        Next Step

Change

For security reasons it is important to remember to close your browser completely when you are done.

LEO Home | UIA Home | FOIA | Contacts
MICHIGAN.GOV HOME | ADA | POLICIES

Copyright © 2001- 2025 State of Michigan

Department of Labor and Economic Opportunity
# UNEMPLOYMENT INSURANCE



## View

Welcome, DEJERRY POWELL        Settings        Help        Log Off

My Claims        Claim: C9307394-0        Submissions        Settings        PUA Application        PUA Application

. COVID-19 Qualifications        3. COVID-19 Income        4. Identification Information        5. Address Information        6. Contact Information ▶

## Contact Information

☎ **Telephone**

| | |
|---|---|
| Country | USA ⌄ |
| Type | Cell ⌄ |
| Area Code | (810) |
| Phone Number | 221-6525 |

Previous Step        Next Step

Change

For security reasons it is important to remember to close your browser completely when you are done.

LEO Home | UIA Home | FOIA | Contacts
MICHIGAN.GOV HOME | ADA | POLICIES

Copyright © 2001- 2025 State of Michigan

Department of Labor and Economic Opportunity

# UNEMPLOYMENT INSURANCE



## View

Welcome, DEJERRY POWELL    Settings    Help    Log Off

My Claims    Claim: C9307394-0    Submissions    Settings    PUA Application    PUA Application

3. COVID-19 Income    4. Identification Information    5. Address Information    6. Contact Information    7. Additional Information ▶

## Additional Information

### Demographic Information

If you require an interpreter, choose the language

Are you a U.S. Citizen?    ❶    | Yes | No |

What is your primary occupation? Please select the link to search. To edit, just search again.    ❶    Search Occupations

Selected Occupation    37-3011 - Landscaping and Groundskeeping Workers

### Additional Information

Date of Birth    10-Apr-1989

Are you claiming dependents?    | Yes | **No** |

Do you want State and Federal taxes withheld from your benefit payments?    | **Yes** | No |

Number of exemptions    0 Exemptions

Previous Step    Next Step

Change

For security reasons it is important to remember to close your browser completely when you are done.

LEO Home | UIA Home | FOIA | Contacts
MICHIGAN.GOV HOME | ADA | POLICIES

Copyright © 2001- 2025 State of Michigan

| | a Employee's social security number **384088216** | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | |
|---|---|---|---|---|
| **b** Employer identification number (EIN) **85-2667725** | | | 1 Wages, tips, other compensation **$38,786.78** | 2 Federal income tax withheld **$3,454.78** |
| **c** Employer's name, address, and ZIP code **SGI INC** **615 S. SAGINAW ST** **FLINT, MI 48502-3717** | | | 3 Social security wages **$38,786.78** | 4 Social security tax withheld **$2,325.95** |
| | | | 5 Medicare wages and tips **$38,786.78** | 6 Medicare tax withheld **$562.11** |
| | | | 7 Social security tips **$0.00** | 8 Allocated tips **$0.00** |
| **d** Control number | | | 9 | 10 Dependent care benefits **$0.00** |
| **e** Employee's first name and initial **DEJERRY** | Last name **POWELL** | Suff. | 11 Nonqualified plans **$0.00** | 12a **$0.00** |
| **12107 THORNERIDGE** **GRAND BLANC, MI 48439** | | | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b **$0.00** |
| | | | 14 Other | 12c **$0.00** |
| | | | **$0.00** | 12d **$0.00** |
| **f** Employee's address and ZIP code | | | **$0.00** | |

| 15 State | Employer's state ID Number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| MI | 85 - 2667725 | $38,786.78 | $0.00 | $38,786.78 | $0.00 | |
| | | $0.00 | $0.00 | $0.00 | $0.00 | |

Form **W-2**  **Wage and Tax Statement**  **2019**  Safe, accurate, FAST! Use

Copy C—For EMPLOYEE'S RECORDS    Department of the Treasury—Internal Revenue Service

---

| | a Employee's social security number **384088216** | OMB No. 1545-0008 | Safe, accurate, FAST! Use | Visit the IRS website at www.irs.gov/efile |
|---|---|---|---|---|
| **b** Employer identification number (EIN) **85-2667725** | | | 1 Wages, tips, other compensation **$38,786.78** | 2 Federal income tax withheld **$3,454.78** |
| **c** Employer's name, address, and ZIP code **SGI INC** **615 S. SAGINAW ST** **FLINT, MI 48502-3717** | | | 3 Social security wages **$38,786.78** | 4 Social security tax withheld **$2,325.95** |
| | | | 5 Medicare wages and tips **$38,786.78** | 6 Medicare tax withheld **$562.11** |
| | | | 7 Social security tips **$0.00** | 8 Allocated tips **$0.00** |
| **d** Control number | | | 9 | 10 Dependent care benefits **$0.00** |
| **e** Employee's first name and initial **DEJERRY** | Last name **POWELL** | Suff. | 11 Nonqualified plans **$0.00** | 12a **$0.00** |
| **12107 THORNERIDGE** **GRAND BLANC, MI 48439** | | | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b **$0.00** |
| | | | 14 Other | 12c **$0.00** |
| | | | **$0.00** | 12d **$0.00** |
| **f** Employee's address and ZIP code | | | **$0.00** | |

| 15 State | Employer's state ID Number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| MI | 85 - 2667725 | $38,786.78 | $0.00 | $38,786.78 | $0.00 | |
| | | $0.00 | $0.00 | $0.00 | $0.00 | |

Form **W-2**  **Wage and Tax Statement**  **2019**    Department of the Treasury—Internal Revenue

Copy B—To Be Filed With Employee's FEDERAL Tax Return.    This information is being furnished to the Internal Revenue S.

Department of Labor and Economic Opportunity

# UNEMPLOYMENT INSURANCE

12-2021



## View

Welcome, DEJERRY POWELL     Settings     Help     Log Off

My Claims     Claim: C9307394-0     Submissions     Address Update     Change Address

---

### ⚲ Physical Address

You must enter your physical address and validate it in order to proceed. Enter your address and then click on the button to validate it.

| | | | |
|---|---|---|---|
| Country | USA ⌄ | | |
| Address Line 1 | 409 SUNCREST DR | | |
| Address Line 2 | | | |
| Unit Type | APARTMENT ⌄ | Unit | 409 |
| City | FLINT | State / Province | MICHIGAN ⌄ |
| ZIP | 48504-8104 | County | GENESEE ⌄ |
| Attention | | | |

Enter the address, then click here to validate the address

This address has been validated.

Is your Mailing Address different than your physical address?          Yes          No

**Letters sent to you will be addressed to:**

DEJERRY DARNELL POWELL
409 SUNCREST DR APT 409
FLINT MI 48504-8104

---

Change

For security reasons it is important to remember to close your browser completely when you are done.

LEO Home | UIA Home | FOIA | Contacts
MICHIGAN.GOV HOME | ADA | POLICIES

Copyright © 2001- 2025 State of Michigan