UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEJERRY POWELL,

     Plaintiff,

v.

FLINT POLICE DEPARTMENT, et al.,

     Defendants.

Case No. 26-cv-11461

Honorable Robert J. White

## ORDER DENYING PLAINTIFF'S MOTION FOR UNSPECIFIED RELIEF

DeJerry Powell commenced what appears to be a 42 U.S.C. § 1983 action against, among others, the City of Flint Police Department and the Genesee County Sheriff's Department. The Court issued a judgment in defendants' favor on May 14, 2026. (ECF No. 7).

Before the Court is Powell's motion for some form of unspecified relief. (ECF No. 8). Although Powell cites Federal Rule of Civil Procedure 57, which governs declaratory judgments, he does explain why that type of requested relief is warranted in this case. Nor does he explain why he would be entitled to a declaratory judgment since the Court already granted judgment in defendants' favor. (ECF No. 7). Accordingly,

IT IS ORDERED that Powell's motion for unspecified relief (ECF No. 8) is denied.

Dated: June 9, 2026

s/ Robert J. White
Robert J. White
United States District Judge